FILED BY ___mml___ D.C.

JUL 28 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20340-CR-WILLIAMS/MCALILEY
_____

IN RE SEALED INDICTMENT

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned attorney, respectfully requests that the Indictment and all attachments thereto, and this Motion, and any related Orders and proceedings be SEALED until further order of this court, excepting the United States Attorney's Office, Homeland Security Investigations, the Federal Bureau of Investigation, and the U.S. Fish & Wildlife Service – Office of Law Enforcement, which may obtain copies of the sealed documents for official purposes, or any other necessary cause, for the reason that the materials relate to an on-going international investigation, and public disclosure may permit the targets of the investigation to avoid travel to jurisdictions in which they may be arrested and extradited to the United States, avoid travel to or through the United States, destroy or conceal probative evidence of their criminal conduct and the integrity of the ongoing investigation might be compromised should knowledge of the criminal investigation become public.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Thomas A. Watts-FitzGerald
Assistant United States Attorney
Florida Bar No. 0273538
99 N.E. 4th Street
Miami, FL 33132
Thomas.watts-fitzgerald@usdoj.gov